United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JEFFERY JAMES DENNIS, §
§
Plaintiff, §
§
VS. § CIVIL ACTION NO. 4:26-CV-03074
§
AMERIHOME MORTGAGE COMPANY, §
LLC, *et al.*, §
§
Defendants. §

**ORDER**

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on July 29, 2026. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's claims are DISMISSED WITH PREJUDICE as a sanction under Rule 41(b) for failure to prosecute and failure to comply with court orders. All other pending motions are DISMISSED AS MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

AUG 14 2026

Date

The Honorable Alfred H. Bennett
United States District Judge